IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY § <br> AS SUBROGEE OF § <br> MICHAEL AND HOLLY CROCKETT, § <br>     Plaintiff, § <br> § <br> vs. § <br> § <br> OMEGA FLEX, INC § <br>     Defendant. § | Civil Action No. 4:16-cv-00387-JLH <br> Jury Requested |

## **STIPULATION OF DISMISSAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Come now Plaintiff, STATE FARM FIRE AND CASUALTY AS SUBROGEE OF MICHAEL AND HOLLY CROCKETT ("Plaintiff"), and Defendant, OMEGA FLEX, INC. ("Omega Flex"), and file this Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), and would show the Court the following:

1. Plaintiff is State Farm Fire & Casualty as Subrogee of Michael and Holly Crockett; Defendant is Omega Flex, Inc.

2. On June 20, 2016 Plaintiff sued Defendant.

3. Plaintiff desires to dismiss this case with prejudice as all matters in controversy with Defendant Omega Flex have been resolved to Plaintiff's satisfaction.

4. Defendant Omega Flex who has served an Answer agrees to the dismissal of any and all claims, cross-claims, counter-claims or claims for indemnity or contribution that have been or could have been asserted against any other party herein, with all costs of court to be borne by the party incurring same.

5. This case is not a class action.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

                                            Respectfully submitted,

                                            By:    */s/ Craig M. Schumacher*
                                                    **Craig M. Schumacher**
                                                    Arkansas Bar No. 2015106
                                                    Texas Bar No. 00791622
                                                    *Cschumacher@cstriallaw.com*
                                                    **CARPENTER & SCHUMACHER, P.C.**
                                                    Parkway Centre IV
                                                    2701 North Dallas Parkway, Suite 570
                                                    Plano, Texas 75093
                                                    (972) 403-1133
                                                    Fax (972) 403-0311
                                   *ATTORNEY FOR PLAINTIFF*
                                   *STATE FARM FIRE AND CASUALTY AS SUBROGEE OF MICHAEL AND HOLLY CROCKETT*

                                            By:    */s/ Erin W. Grewe*
                                                    Lynne O'Brien Ingram, Esq.
                                                    Erin W. Grewe, Esq.
                                                    PA Bar Nos. 201321/313787
                                                    **CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.**
                                                    1205 Westlakes Drive, Suite 330
                                                    Berwyn, PA 19312
                                                    (610) 964-1900
                                                    lingram@campbell-trial-lawyers.com
                                                    egrewe@campbell-trial-lawyers.com
                                                    *(ADMITTED PRO HAC VICE)*

                                                    James D. Robertson, Esq.
                                                    AR Bar # 95181
                                                    **BARBER LAW FIRM PLLCLLC**
                                                    3400 Simmons Tower
                                                    425 West Capitol Avenue
                                                    Little Rock, Arkansas 72201
                                                    (501) 707-6128
                                                    jrobertson@barberlawfirm.com
                                   *ATTORNEYS FOR DEFENDANT OMEGA FLEX, INC*.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served, in accordance with the Federal Rules of Civil Procedure, upon the following counsel on the ___21st___ day of March, 2018:

James D. Robertson
Breana Ott Mackey
BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, AR 72201-3414

**and**

Lynne O'Brien Ingram
Erin W. Grewe
CAMPBELL, CAMPBELL EDWARDS
& CONROY, P.C.
1205 Sestlakes Drive, Ste. 330
Berwyn, PA  19312
*Attorneys for Defendant*

                                            */s/ Craig M. Schumacher*
                                            CRAIG M. SCHUMACHER