**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

STATE FARM FIRE AND CASUALTY,                                                    PLAINTIFF
as Subrogee of Michael Crockett and Holly Crockett

v.                                        No. 4:16CV00387 JLH

OMEGA FLEX, INC.                                                                  DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice as to all claims by the plaintiff and all claims by the defendant that were or could have been asserted, with all costs to be borne by the party incurring those costs.

IT IS SO ORDERED this 23rd day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE